PER CURIAM
Affirmed. See McNayr v. Kelly, 184 So.2d 428 (Fla.1966); Stephens v. Geoghegan, 702 So.2d 517, 522 (Fla. 2d DCA 1997); Goetz v. Noble, 652 So.2d 1203 (Fla. 4th DCA 1995); Skoblow v. Ameri-Manage, Inc., 483 So.2d 809 (Fla. 3d DCA 1986), approved by Spooner v. Department of Corrections, 514 So.2d 1077 (Fla.1987); Huszar v. Gross, 468 So.2d 512 (Fla. 1st DCA 1985); Grady v. Scaffe, 435 So.2d 954 (Fla. 2d DCA 1983).